**Electronically Filed
Supreme Court
SCWC-24-0000360
03-SEP-2025
10:37 AM
Dkt. 9 ODAC**

SCWC-24-0000360

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

GRANT MARSHALL,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000360; CASE NO. 3CPC-23-0000240)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant Grant Marshall's
(Marshall) application for writ of certiorari, filed on July 29,
2025, is hereby rejected. The rejection is without prejudice to
Marshall seeking the same relief in 3CPN-25-0000001.

DATED: Honolulu, Hawai'i, September 3, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer

